IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**BRUCE J. SOLOWAY and**
**LORI A. BLOINK,**

      **Plaintiffs,**

      v.                        Civil Action No. 1:17cv254-CMH-JFA

**FEDERAL HOME LOAN**
**MORTGAGE CORPORATION,**

**FEDERAL HOME LOAN MORTGAGE**
**CORPORATION BOARD OF DIRECTORS, and**

**FEDERAL HOUSING FINANCE AGENCY**
**OFFICE OF THE GENERAL INSPECTOR,**

      **Defendants.**

**DEFENDANTS FEDERAL HOME LOAN MORTGAGE CORPORATION AND**
**FEDERAL HOME LOAN MORTGAGE CORPORATION BOARD OF DIRECTORS'**
<u>**NOTICE OF WITHDRAWAL OF NOTICE OF HEARING**</u>

     PLEASE TAKE NOTICE that Defendants Federal Home Loan Mortgage Corporation, and Federal Home Loan Mortgage Corporation Board of Directors (collectively, "Freddie Mac"), by counsel, hereby withdraws its Notice of Hearing (ECF No. 13) on its Motion to Dismiss Plaintiffs' Complaint (ECF No. 11), scheduled for Friday, June 2, 2017 at 10:00 a.m.

     Plaintiffs have filed an Amended Complaint (ECF No. 23), thereby mooting Freddie Mac's Motion to Dismiss Plaintiffs' Complaint and obviating the need for a hearing on it. Freddie Mac will timely file its response to Plaintiffs' First Amended Complaint and, if appropriate, will notice a corresponding hearing.

| | |
|---|---|
| Dated:  May 26, 2017 | Respectfully submitted, |

FEDERAL HOME LOAN
MORTGAGE CORPORATION

FEDERAL HOME LOAN MORTGAGE
CORPORATION BOARD OF DIRECTORS

By: /s/ Massie P. Cooper

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

Massie P. Cooper (VSB No. 82510)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  (804) 697-1392
Facsimile:  (804) 697-1339
E-mail: massie.cooper@troutmansanders.com

*Counsel for Defendants
Federal Home Loan Mortgage Corporation
and Federal Home Loan Mortgage
Corporation Board of Directors*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**BRUCE J. SOLOWAY and**
**LORI A. BLOINK,**

      **Plaintiffs,**

    v.     Civil Action No. 1:17cv254-CMH-JFA

**FEDERAL HOME LOAN**
**MORTGAGE CORPORATION,** *et al***.**

      **Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Counsel for Defendant Federal Housing Finance Agency**
Michael A.F. Johnson
Arnold Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Email: Michael.Johnson@aporter.com

Ayana N. Free
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Email: ayana.free@usdoj.gov

I further certify that a true and correct copy of the foregoing *Notice of Withdrawal of Notice of Hearing* was sent via first class mail, postage prepaid, to the following:

**Pro Se Plaintiffs**
Bruce J. Soloway
Lori A. Bloink
578 Toulouse Drive
Punta Gorda, Florida 33950

/s/ Massie P. Cooper
Massie P. Cooper (VSB No. 82510)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  (804) 697-1392
Facsimile:  (804) 697-1339
E-mail: massie.cooper@troutmansanders.com

*Counsel for Defendants Federal Home Loan Mortgage Corporation and Federal Home Loan Mortgage Corporation Board of Directors*